IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION



CLINTON STRANGE,

Plaintiff

Case No. 8:18-CV-01845-JLS-JDE

Hon. Josephine L. Staton

v.

DIRECT FUNDING NOW LLC,

a California Limited Liability Company

Defendant

## PLAINTIFF'S MOTION TO DISMISS THE ACTION WITH PREJUDICE

1

1. The Plaintiff Pro Se, Clinton Strange, is of sound mind as he makes this motion on the Court.

2. The Plaintiff moves on the Court to dismiss the action in its entirety against the Defendant with PREJUDICE.

3. No one coerced, threatened, or intimidated the Plaintiff into filing this motion.

4. The filing of this dismissal motion is made of the Plaintiff's own volition.

Respectfully Submitted,

X _____       10/27/2018
Clinton Strange                    Dated
Pro Se
7021 Winburn Drive
Greenwood, LA 71033
318-423-5057
parsmllc@gmail.

## Certificate of Service:

I, Clinton Strange, served upon the Defendant's registered agent a copy of this "MOTION TO DISMISS WITH PREJUDICE" by placing a copy in the U.S. Mail with sufficient 1st class postage affixed on __10-27__, 2018.

The mailing was addressed to:
>Goodall W McCullough
>3900 Birch Street #110
>Newport Beach, CA 92660

I, Clinton Strange, swear under the pains and penalties of perjury under the laws of the United States of America that the foregoing statements are both true and correct.

X __[signature]__   __10/27/2018__
   **Clinton Strange**        **Dated**

3



SHREVEPORT LA 710
27 OCT 2018 PM 3 L



RECEIVED
CLERK, U.S. DISTRICT COURT
OCT 31 2018
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION  BY DEPUTY

Clerk,
Ronald Reagan Federal Building
United States Courthouse
411 West 4th Street, Room 1053
Santa Ana, CA 92701-4516

92701-451659



**Clinton A. Strange**
7021 Winburn Dr
Greenwood, LA 71033-3215